Case 1:22-mj-00271-RMM   Document 1-1   File

Case: 1:22-mj-00271
Assigned to: Judge Meriweather, Robin M.
Assign Date: 12/12/2022
Description: COMPLAINT W/ ARREST WARRANT

**STATEMENT OF FACTS**

On July 17, 2022, at approximately 02:14 hours, Metropolitan Police Department ("MPD") officers responded to the 1700 block of Rhode Island Avenue, NW, in Washington, D.C., for a report of firearms left in a rideshare vehicle. Upon arrival, Reporting Party 1 (hereinafter, "RP1"), a Lyft driver, reported that IT had located weapons in ITs vehicle ("Subject Vehicle 1") that had been left behind by Lyft passengers. Subject Vehicle 1 is a black Chevrolet Suburban, a three-row sport-utility-vehicle, which is registered to RP1. The second row of the Suburban has what are commonly referred to as "captain's chairs," with an open aisle area between them. In the aisle area between the captain's chairs of the second row, officers observed both a pistol laying in plain view on the floor and an AR-15-style firearm that was partially concealed inside a duffle bag (the "Subject Bag"), also laying on the floor between the captain's chairs. *See Figure 1 below*.



*Figure 1 - Subject Bag and Glock pistol*

Over the course of several interviews with RP1, the following information was learned. RP1 stated that on July 16, 2022, at approximately 17:35 hours, IT had picked up multiple passengers (approximately 3-4 males) from xxx xxxx Xxxxxx, XX. Among those passengers was a male, hereinafter referred to as Suspect 1 (and later identified, as described *supra*, as TREVOR WRIGHT), who had told RP1 that he is a famous singer and had lots of money. RP1 described Suspect 1 as a light-skinned, black male, 27-30 years of age, approximately 6 feet in height, with long hair; RP1 was unable to recall the clothing that Suspect 1 wore.

WRIGHT carried the Subject Bag with him into Subject Vehicle at the pickup point. RP1 intended to open the trunk of Subject Vehicle 1 to help WRIGHT place the Subject Bag therein but WRIGHT declined and stated that the bag stays with him. See below for an image of WRIGHT on July 16, 2022, carrying the Subject Bag at the pick-up location prior to entering the Subject Vehicle.

1



*Figure 2 – Image Used in Lookout Flier*

RP1 had been requested through the Lyft rideshare app by WRIGHT, who was using an account name of "Stacie," to drive the passengers, but WRIGHT cancelled the ride on the Lyft app before they left the pickup point. WRIGHT instead offered RP1 cash up front to drive the group for the night. Over the next several hours, WRIGHT communicated to RP1 primarily by texting RP1, and instructed RP1 to drive them to various locations in Maryland and Washington, D.C.

RP1 advised that at each stop, WRIGHT and the other males would get out of the car, but one male would remain in the car, seated behind RP1 to ensure that RP1 did not unbuckle ITs seatbelt or leave the vehicle. RP1 further advised that at one of the stops at xxxx Xxxx Xxxx Xxxxx Xxxxxxx, Xxxx Xxxxxxxxxx, XX xxxxx, prior to WRIGHT and the other males getting out of the car, RP1 heard from inside the vehicle a sound consistent with someone racking the slide of a firearm. RP1 recounted that at either the xxxxx Xxxxxxx Xxxxxx Xxxx stop or the xxxx Xxxx Xxxx Xxxxx Xxxxxx stop, when WRIGHT and the other males got back into the car, they rushed into the car in a hurry and yelled at RP1, "Go! Go! Go!" or words to that effect.

After dropping the passengers off at the final destination, St. Yves Nightclub, RP1 started to move ITs vehicle due to the congestion on the road, but RP1 received a phone call from one of the other passengers/suspects, who told RP1 to stop moving the car and to stay put. RP1 believed that this unknown individual had not previously been inside the vehicle through the duration of the night, but possibly had been provided RP1's phone number by WRIGHT. The caller then opened RP1's car door, entered the vehicle through a rear door, retrieved something unknown, and then left soon thereafter.

RP1 believes that, from the time WRIGHT entered Subject Vehicle 1 with the Subject Bag, and throughout the several hours that WRIGHT rode in the vehicle with RP1, the Subject Bag remained in the car between the captain's chairs. After dropping off the passengers at the last stop, RP1 looked at the rear of ITs car and noticed a firearm in plain view immediately behind the Subject Bag, and upon looking quickly in the Subject Bag and seeing a larger firearm therein, RP1 called the police at approximately 02:14 hours.

Upon officers' response, they recovered inside the Subject Bag an AR-15-style weapon (depicted below in Figure 3) made of an Aero Precision X15 lower (S/N: X138274) and a LWRC M6A2 5.56mm upper (S/N: U07-00160). The firearm had twenty-nine (29) rounds of .223 caliber ammunition in the 45-round capacity magazine, which was inserted into the magazine well of the weapon, and zero (0) rounds in the chamber. The weapon appeared to be functional and operable. The weapon appeared capable of expelling a bullet or other projectile by means of an explosion.



*Figure 3 - AR-15 Style firearm*

Behind the bag was a black 9mm Glock semi-automatic pistol (depicted below in Figure 4) with an obliterated serial number on the Glock receiver and no serial number on the slide. The Glock had one round of 9mm ammunition in the chamber and thirty-one (31) rounds in the 31-round high-capacity magazine, which was inserted into the magazine well. The weapon appeared to be functional and operable. It had a barrel of less than 12 inches, it appeared capable of expelling a bullet or other projectile by means of an explosion, and could be fired with one hand.



*Figure 4 - Glock 9mm Pistol*

An additional handgun was recovered in the pocket mounted on the rear of the front passenger seat: a Ruger-57 5.7x28mm semi-automatic handgun (S/N: 642-18752) with one round in the chamber and sixteen (16) rounds of 5.7x28mm ammunition in the twenty-round capacity magazine. The weapon appeared to be functional and operable. It has a barrel of less than 12 inches, it appeared capable of expelling a bullet or other projectile by action of explosion, and could be fired with one hand.

None of the firearms were registered in Washington, D.C. CRS also conducted a WALES check, which indicated that the serial number on the AR-15-style firearm had been reported stolen out of Arlington County.

The image of Suspect 1 (*see* Figure 2 above) and two other suspects was circulated in a lookout flier on July 21, 2022. That same day, MPD Officer M. Matthews identified "Suspect 1" above, via his Instagram account, as "@talibanglizzy." The officer advised that he grew up in the D.C. Metropolitan area and was familiar with many of the local musicians, to include Suspect 1.

Also on the same date, after viewing the lookout flier, MPD Officer J. Petty identified "Suspect 1" above as Instagram user "@talibanglizzy." MPD Officer J. Rimel viewed the lookout flier and the Instagram account @talibanglizzy. Officer J. Rimel then searched the name Taliban Glizzy in the Metropolitan Police Department records management system and observed that Taliban Glizzy is the nickname for Trevor Wright, a black male with a date of birth of Xxxx x, xxxx, and PDID xxxxxx. Officer J. Rimel compared the lookout flier images, the mugshot photograph of Trevor Wright, the Instagram images, and observed that they are all of the same person. Officers further noted that on July 17, 2022, WRIGHT had posted on his Instagram account, "@talibanglizzy", an image of himself appearing to wear the same outfit worn on the incident date.



*Figure 4 - Glock 9mm Pistol*

An additional handgun was recovered in the pocket mounted on the rear of the front passenger seat: a Ruger-57 5.7x28mm semi-automatic handgun (S/N: 642-18752) with one round in the chamber and sixteen (16) rounds of 5.7x28mm ammunition in the twenty-round capacity magazine. The weapon appeared to be functional and operable. It has a barrel of less than 12 inches, it appeared capable of expelling a bullet or other projectile by action of explosion, and could be fired with one hand.

None of the firearms were registered in Washington, D.C. CRS also conducted a WALES check, which indicated that the serial number on the AR-15-style firearm had been reported stolen out of Arlington County.

The image of Suspect 1 (*see* Figure 2 above) and two other suspects was circulated in a lookout flier on July 21, 2022. That same day, MPD Officer M. Matthews identified "Suspect 1" above, via his Instagram account, as "@talibanglizzy." The officer advised that he grew up in the D.C. Metropolitan area and was familiar with many of the local musicians, to include Suspect 1.

Also on the same date, after viewing the lookout flier, MPD Officer J. Petty identified "Suspect 1" above as Instagram user "@talibanglizzy." MPD Officer J. Rimel viewed the lookout flier and the Instagram account @talibanglizzy. Officer J. Rimel then searched the name Taliban Glizzy in the Metropolitan Police Department records management system and observed that Taliban Glizzy is the nickname for Trevor Wright, a black male with a date of birth of Xxxx x, xxxx, and PDID xxxxxx. Officer J. Rimel compared the lookout flier images, the mugshot photograph of Trevor Wright, the Instagram images, and observed that they are all of the same person. Officers further noted that on July 17, 2022, WRIGHT had posted on his Instagram account, "@talibanglizzy", an image of himself appearing to wear the same outfit worn on the incident date.



Your affiant is aware that in Prince George's County, Maryland, WRIGHT pled guilty in Court Case number T101020C on February 10, 2011, to Attempt Robbery, a crime punishable by imprisonment for a term exceeding one year. Your affiant is further aware that in Prince George's County, Maryland, on January 4, 2017, WRIGHT plead guilty in Court Case number CT160086X to two counts of "Possession of Controlled Dangerous Substances (5-601)", each of which is a crime punishable by imprisonment for a term exceeding one year. Therefore, WRIGHT would have been aware at the time of his arrest in this case that he had a prior conviction for a crime punishable by more than one year. As a result, WRIGHT is a prohibited person and cannot possess firearms or ammunition.

There are no firearm or ammunition manufacturers in the District of Columbia. Therefore, the firearms and ammunition in this case would have traveled in interstate commerce prior to being recovered in the District of Columbia. Specifically, your affiant is aware that the Aero Precision X15 lower receiver from the AR-15 style weapon (considered the firearm under federal law), the Glock receiver (considered a firearm under federal law), as well as the ammunition found in both weapons were manufactured outside of the District of Columbia, and as a result, they necessarily entered the stream of interstate commerce.

Based on the foregoing, your affiant submits that there is probable cause to believe that on July 17, 2022, WRIGHT violated one count of 18 U.S.C. § 922(g)(1), which makes it a crime for a person who has been convicted in a court of a crime punishable by imprisonment for a term

exceeding one year to receive any firearm or ammunition which has been shipped or transported in interstate or foreign commerce.

_____
DETECTIVE BRIAN MCCARTHY
MPD/ATF – Project Safe Neighborhoods Initiative

*Attested to by the applicant in accordance with the requirements of Fed. R. Crim. P. 4.1 by telephone, this 12th day of December, 2022.*

_____
ROBIN M. MERIWEATHER
UNITED STATES MAGISTRATE JUDGE